# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **DEANGELA FRANCIS JOHNSON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**EQUITABLE FINANCIAL LIFE INSURANCE COMPANY OF AMERICA,**<br><br>**Defendant.** | Case No. 5:26-cv-0076<br><br>District Judge<br>Terry A. Doughty<br><br>Magistrate Judge<br>Kayla D. McClusky |

### PLAINTIFF'S STATEMENT OF NO OPPOSITION TO DEFENDANT'S PARTIAL RULE 12(b)(6) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff Deangela Francis Johson, who in response to Defendant Equitable Financial Life Insurance Company of America's Motion to dismiss portions of Plaintiff's Complaint, states that she has no opposition to the relief requested. Based on the facts and law stated in Defendant's Motion, and Defendant's statement that this case is governed by the Employee Retirement Income Security Act ("ERISA"), Plaintiff has no opposition to the dismissal of her state law claims as preempted, subject to the caveat that no federal law claims are being dismissed.

1

Respectfully submitted,

THE PELLEGRIN FIRM, L.L.C.
/s/ David C. Pellegrin, Jr.
DAVID C. PELLEGRIN, JR. (#34957)
3500 North Hullen Street
Suite 17D
Metairie, LA 70002
email: dpellegrin@pellegrinfirm.com
phone: 504-405-3245
fax: 1-866-651-8738
Attorney for Deangela Francis Johnson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed with the Court on this the 26th day of February 2026, via the CM/ECF system and that the foregoing was served via the CM/ECF system on all counsel of record.

/s/ David C. Pellegrin, Jr.